SOUTHWESTERN BELL TELEPHONE COMPANY, (formerly known as Southwestern Bell Telephone, L.P.), Plaintiff–Appellee,

v.

ARTHUR A. COLLINS, INC.,
Defendant–Appellant.

No. 2009–1256.

United States Court of Appeals,
Federal Circuit.

Oct. 7, 2009.

Adam V. Floyd, Floyd & Buss L.L.P., of Austin, TX, argued for plaintiff-appellee. With him on the brief were H. Kenneth Prol, Matthew S. Wermager and Chad Ennis. Of counsel on the brief was Sandra G. Rodriguez, Vinson & Elkins L.L.P, of Austin, TX.

George C. Summerfield, Stadheim & Grear Ltd., of Chicago, IL, argued for defendant-appellant. With him on the brief were Joseph A. Grear, Rolf O. Stadheim, Keith A. Vogt and Steven R. Pedersen.

MICHEL, Chief Judge, GAJARSA and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.